GREGORY S. TAMKIN (Bar No. 175009)
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, Colorado 80202-5647
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
E-Mail: Tamkin.Greg@Dorsey.com

CHRISTY BERTRAM (Bar No. 222296)
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, California 92618-5310
Telephone: (949) 932-3600

Attorneys for Plaintiff BUY.COM, INC.

DAVID A. DILLARD (Bar No. 97515)
ANNE F. BRADLEY (Bar No. 252563)
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
E-Mail: David.Dillard@cph.com

Attorneys for Defendant WEBMAGIC
VENTURES, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BUY.COM, INC. | Case No. SACV 08-510-JVS(MLGx) |
| Plaintiff, | District Judge: James V. Selna |
| v. | Magistrate Judge: Marc L. Goldman |
| WEBMAGIC VENTURES, LLC, et al. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| Defendants. | |

STIPULATION OF DISMISSAL AND ORDER
Case No. SACV 08-510-JVS(MLGx)        -1-

Plaintiff Buy.com, Inc.. and Defendant Webmagic Ventures, LLC (collectively the "Parties") hereby submit this Stipulation of Dismissal With Prejudice and Order, pursuant to F.R.C.P. Rule 41(a)(1), stating as follows:

1. The Parties have reached a settlement which resolves all claims in this action;

2. Pursuant to F.R.C.P. 41(a)(1), Plaintiff Buy.com, Inc. hereby dismisses all of its claims for relief asserted in this action with prejudice;

3. The Parties shall bear their own attorney's fees and costs.

DATED: August 15, 2008

Respectfully Submitted,

DORSEY & WHITNEY LLP

By _____
Gregory S. Tamkin
Attorneys for Plaintiff,
BUY.COM, INC.

CHRISTIE, PARKER & HALE, LLP

DATED: August 5, 2008

By _____
David A. Dillard
Attorneys for Defendant,
WEBMAGIC VENTURES, LLC

**IT IS SO ORDERED:**

Dated:_____        _____
                               U.S. District Court Judge

STIPULATION OF DISMISSAL AND ORDER
Case No. SACV 08-510-JVS(MLGx)            -2-